Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant MARK COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK COLLINS<br><br>    Defendant. | Case No.:<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT- 1ST AMENDED |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsels of record, hereby stipulate as follows:

1. On September 28, 2019, Defendant Mark Collins was cited by a United States Park Ranger for alleged violations of the United States Code. Mr. Collins was thereafter released on a promise to appear on the same day. The release order denotes October 22, 2019 at 9:00 am as the arraignment date.

2. By this stipulation, the parties hereby move to continue the arraignment date to December 04, 2019, because counsel for the defendant will be in jury trial during the week of October 21 – 25, 2019 in the Superior Court of California, San Joaquin County.

3. Counsel for the defendant believes that failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of October 22, 2019 to December 04, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

| | |
|---|---|
| IT IS SO STIPULATED. | Respectfully submitted, |
| Dated: 10/21/19 | McGREGOR W. SCOTT<br>United States Attorney |
| | ___/s/ Susan St. Vincent_____<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
| Dated: 10/21/19 | ___/s/ Mary Ann F. Bird_____<br>MARY ANN F. BIRD<br>Attorney for MARK COLLINS |

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER - CONTINUANCE
PAGE: 3

ORDER

IT IS SO ORDERED.

Dated: October 22, 2019

_____
UNITED STATES MAGISTRATE JUDGE