Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant MARK COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK COLLINS<br><br>Defendant. | Case No.: 6:19-mj-00073 JDP<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsels of record, hereby stipulate as follows:

1. On December 4, 2019, Defendant Mark Collins was arraigned upon the criminal complaint and the matter was continued to March 10, 2020 for status conference.

2. By this stipulation, the parties hereby move to continue the status conference from March 10, 2020 to April 7, 2020 because counsel for the defendant has matters in conflict with this date including a jury trial readiness in in the Superior Court of California, Stanislaus County.

3. Counsel for the defendant believes that failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of March 10, 2020 to April 7, 2020 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                                   Respectfully submitted,

Dated: March 6, 2020                                          McGREGOR W. SCOTT
                                                              United States Attorney

                                                              ___/s/ Susan St. Vincent_____

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER - CONTINUANCE
PAGE: 2

SUSAN ST. VINCENT
Acting Legal Officer
National Park Service


Dated: March 6, 2020    ___/s/ Mary Ann F. Bird_____
MARY ANN F. BIRD
Attorney for MARK COLLINS

**FINDINGS AND ORDER**

It is so found.

        IT IS SO ORDERED.

Dated: March 9, 2020

*/s/ Jeremy Peterson*
UNITED STATES MAGISTRATE JUDGE