Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CSB 154402
Mary Ann F. Bird, CSB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant MARK LAWRENCE COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK LAWRENCE COLLINS,<br><br>    Defendant. | Case No.: 6:19 MJ 0073 JDP<br><br>STIPULATION AND ORDER TO SCHEDULE TELEPHONIC HEARING FOR CHANGE OF PLEA, JUDGMENT AND SENTENCING AND VACATE CURRENT STATUS CONFERENCE |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and the defendant, by and through his counsels of record, hereby stipulate as follows:

1. On December 4, 2019, Defendant entered a plea of not guilty during arraignment proceedings before Honorable Magistrate Judge Jeremy D. Peterson. The matter is presently set for status conference on July 7, 2020.

2. The parties have reached a settlement in the above-entitled matter.

3. The Government and Defendant jointly request that the status conference now set for July 7, 2020 be advanced and vacated. In its place, the parties request that the matter be set for change of plea and sentencing on May 5, 2020 at the convenience of the Court.

4. Further, the parties consent to teleconferencing the proceedings on May 5, 2020 in conformance with General Order No. 614 in light of the Coronavirus Disease 2019 Pandemic.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: April 3, 2020                    McGregor W. Scott
                                        United States Attorney

                                        ___/s/ Susan St. Vincent_____
                                        SUSAN ST. VINCENT
                                        Legal Officer
                                        Yosemite National Park

Dated: April 3, 2020                    ___/s/ Mary Ann F. Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for Mark Lawrence Collins

///

///

///

///

BIRD & VAN DYKE, INC.
REQUEST TO RESCHEDULE MATTER - FEDERAL
PAGE: 2

# FINDINGS AND ORDERS

The court hereby advances and vacates the status conference now set for July 7, 2020 and sets the matter for teleconference for change of plea, judgment, and sentencing on May 5, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 9, 2020            _____
                                  UNITED STATES MAGISTRATE JUDGE