Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>MARK LAWRENCE COLLINS,<br><br>Defendant. | Docket Number:  6:19-mj-00073-HBK<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 6, 2021 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on May 5, 2020.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  December 15, 2020        /S/ *Sean O. Anderson*

1

SEAN O. ANDERSON
Legal Officer
Yosemite National Park

2

**ORDER**

Upon application of the United States filed December 15, 2020 (Doc. No. 14) and for good cause shown, the review hearing scheduled for April 6, 2021 in the matter of *United States v. Collins*, case no. 6:19-mj-00073-HBK, is vacated and probation terminated.

IT IS SO ORDERED.

Dated:   December 18, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE